Clarence Hammond, Respondent, v. Union Bag and Paper Company, Appellant.— Motion denied.

George Kennedy, Appellant, v. Joseph Royal Kennedy, Respondent.— Judgment unanimously affirmed, with costs.

Charles H. Kavanaugh, Who Sues on Behalf of Himself and All Others, Stockholders of the Commonwealth Trust Company of New York, v. The Commonwealth Trust Company of New York and Others.— Amount of undertaking fixed at $100,000 for each defendant desiring a stay.

Ella Luffman, as Administratrix, etc., of William Luffman, Deceased, Respondent, v. Hudson River Telephone Company, Appellant.— Order unanimously affirmed, with costs.

In the Matter of the Application of the Heine Safety Boiler Company, Appellant, for a Writ of Mandamus Requiring the Franklin Boiler Works Company, Respondent, to Allow an Inspection of Its Books.— Order reversed, with costs, and application granted unless the respondent within thirty days after service of a copy of this order shall make and deliver to relator a statement of its affairs, under oath, embracing a particular account of all its assets and liabilities, in which case the order is affirmed, without costs. All concurred, except Kellogg, J., who voted for affirmance.

Daniel J. Murphy, Respondent, v. The Prudential Insurance Company of America, Appellant.— Motion denied.

Michael O'Connor, Respondent, v. The County of Fulton and The Town of Johnstown, Appellants.— Judgment so far as it awards damages reversed on law and facts; in all other respects affirmed, without prejudice to the plaintiff's right to take such proper proceeding as he may be advised to recover any damages to which he may be entitled, with costs to the respondent. All concurred.

Othniel Phelps, as Administrator, etc., of Mary Jane Phelps, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Motion denied.

The People of the State of New York ex rel. Consolidated Gas Company of New York, Relator, v. Charles H. Gaus, as Comptroller of the State of New York, Respondent.— Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements.

The People of the State of New York ex rel. The Astoria Light, Heat and Power Company, Relator, v. Charles H. Gaus, as Comptroller of the State of New York, Respondent.— Determination of the Comptroller unanimously confirmed, with disbursements.

The People of the State of New York ex rel. Westchester Lighting Company, Relator, v. Charles H. Gaus, as Comptroller of the State of New York, Respondent. — Determination of the Comptroller unanimously confirmed, with disbursements.

Ancel Peterson, Respondent, v. John Holcomb, Appellant.— Judgment and order unanimously affirmed, with costs.

Cora A. Prince, as Ancillary Administratrix, etc., of William O. Prince, Deceased, Respondent, v. Central New England Railway Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Joseph E. Packard, Appellant, v. Jane Guild Packard, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.